STATE OF CONNECTICUT *v.* CLIFFORD M. PETTWAY
(12855)

FOTI, LANDAU and HEIMAN, Js.

Argued April 24—decision released May 16, 1995

*David M. Abbamonte,* assistant public defender, for the appellant (defendant).

*Megan A. McLoughlin,* certified legal intern, with whom were *Richard F. Jacobson,* assistant state's attorney, and, on the brief, *Donald A. Browne,* state's attorney, and *Linda N. Howe,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.